UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | United States Courts |
| | § | | Southern District of Texas |
| vs. | § | CRIMINAL NO. **B-24-300** | FILED |
| | § | | *June 05, 2024* |
| SAUL JOVANNY ULLOA, | § | | Nathan Ochsner, Clerk of Court |
| ROBERTO EMILIANO-MATA | § | | |

## INDICTMENT

THE GRAND JURY CHARGES:

On or about the 7th day of May 2024, in the Southern District of Texas, the defendants,

SAUL JOVANNY ULLOA
and
ROBERTO EMILIANO-MATA,

knowingly made a false statement and representation to RGV Arsenal, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of RGV Arsenal, in that the **SAUL JOVANNY ULLOA** represented that he was the actual buyer of a Barrett .50 caliber rifle, Model 82A1 firearm, bearing serial number AA017322, when in fact **SAUL JOVANNY ULLOA** was acquiring the firearm on behalf of **ROBERTO EMILIANO-MATA.**

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

A TRUE BILL:

████████████████████████

FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

WILLIAM HAGEN
ASSISTANT UNITED STATES ATTORNEY